Núm. 7932.—PUEBLO, apldo. *v.* CUPRIL, aplte.— ▮▮▮▮▮▮▮ Junio 18, 1940.

Por los fundamentos consignados en la opinión emitida en el día de hoy en el caso criminal núm. 7931, *El Pueblo de Puerto Rico,*

*demandante y apelado,* v. *Juan Cupril Oliveras, acusado y apelante,* por calumnia e injurias (ante, pág. 117), se confirma la sentencia apelada que dictó la Corte de Distrito de ·Mayagüez en el recurso de epígrafe con fecha abril 18, 1939. ·